UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JACK DUNIGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:16-cv-00215-JES-CM |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, JACK DUNIGAN, and Defendant, CENTRAL CREDIT SERVICES, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: April 28, 2016

RESPECTFULLY SUBMITTED,

By: Shireen Hormozdi  _____
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

RESPECTFULLY SUBMITTED,

By: Ashley N. Rector  _____
Ashley N. Rector
FL Bar No. 0106605
Sessions, Fishman, Nathan, & Israel, LLC
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
Telephone: (813)-440-5327
Fax: (866)-466-3140
arector@sessions.legal
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    On April 28, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

                                                 By: Shireen Hormozdi
                                                     Shireen Hormozdi